Michael J. Czeshinski, #138063
Quentin Cedar, #251153
WILKINS, DROLSHAGEN & CZESHINSKI LLP
6785 N. Willow Ave.
Fresno, CA 93710
Telephone: (559) 438-2390
Facsimile: (559) 438-2393

Attorneys for Defendants, Superway Logistics, Inc.
and Sandeep Singh

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA-FRESNO

| | |
|---|---|
| BILLY MOORE and DON LUCAS,<br><br>Plaintiff,<br><br>v.<br><br>SUPERWAY LOGISTICS, INC. and SANDEEP SINGH,<br><br>Defendants. | Case Number 1:17-CV-01480 DAD-BAM<br><br>**JOINT STIPULATION TO CONDUCT INDEPENDENT MEDICAL EXAMINATION OF PLAINTIFF, DON LUCAS; ORDER** |

WHEREAS, Plaintiff, DON LUCAS ("Plaintiff"), and Defendants, SUPERWAY LOGISTICS, INC. and SANDEEP SINGH ("Defendants"), are presently engaged in discovery;

WHEREAS, the parties agree that Plaintiff, DON LUCAS, has put his physical condition directly at issue;

WHEREAS, the parties agree that good cause exists for, and thus Defendants are therefore entitled to, a physical examination of Plaintiff, as permitted under Rule 35 of the Federal Rules of Civil Procedure;

NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED THAT THE COURT

MAY ENTER AN ORDER as follows:

1. Plaintiff agrees to submit to the below described physical examination at the office of Thomas E. Hoyt, M.D., 720 West Main Street, Suite D, Visalia, CA 93291.

///

Joint Stipulation to Conduct Independent Medical
Examination of Plaintiff, Don Lucas; Order

2. The examination will be conducted by Thomas E. Hoyt, M.D., a licensed physician in the State of California and a Neuro Surgeon. A copy of Thomas E. Hoyt, M.D.'s CV is attached hereto as "Exhibit A".

3. The examination shall inquire into Plaintiff's health complaints arising from that certain incident, occurrence or transaction at issue, as well as any medical history which is relevant or which may lead to the discovery of admissible evidence concerning Plaintiff's complaints. The examination also may require radiographic studies, if necessary. No invasive procedures, such as blood or urine samples, will be required.

4. The examination will be conducted on July 30, 2019, from 11:00 a.m. to 5:00 p.m.

IT IS SO STIPULATED:

WILKINS, DROLSHAGEN & CZESHINSKI LLP

Dated: May 21, 2019     By   */s/ Quentin Cedar*
                             Michael J. Czeshinski
                             Quentin Cedar
                             Attorneys for Defendants,
                             Superway Logistics, Inc. and Sandeep Singh

ZINDA LAW GROUP, PLLC

Dated: May 21, 2019     By   */s/ Joseph Caputo*
                             Joseph Caputo
                             Alaina Zermeno
                             Attorneys for Plaintiffs,
                             Billy Moore and Don Lucas


WILKINS,
DROLSHAGEN &
CZESHINSKI LLP
6785 N. Willow Ave.
Fresno, CA 93710


Joint Stipulation to Conduct Independent Medical
Examination of Plaintiff, Don Lucas; Order

2

**ORDER**

Pursuant to the stipulation of the parties and good cause appearing therefor, IT IS HEREBY ORDERED:

1. Plaintiff DON LUCAS shall submit to the below described physical examination at the office of Thomas E. Hoyt, M.D., 720 West Main Street, Suite D, Visalia, CA 93291;

2. The examination of Plaintiff DON LUCAS shall be conducted by Thomas E. Hoyt, M.D., a licensed physician in the State of California and a Neuro Surgeon;

3. The examination of Plaintiff DON LUCAS shall inquire into Plaintiff's health complaints arising from that certain incident, occurrence or transaction at issue in this case, as well as relevant medical history. The examination also may require radiographic studies, if necessary. No invasive procedures, such as blood or urine samples, will be required; and

4. The examination of Plaintiff DON LUCAS shall be conducted on July 30, 2019, from 11:00 a.m. to 5:00 p.m.

IT IS SO ORDERED.

Dated: **May 23, 2019**         /s/ *Barbara A. McAuliffe*
                                 UNITED STATES MAGISTRATE JUDGE

WILKINS, DROLSHAGEN & CZESHINSKI LLP
6785 N. Willow Ave.
Fresno, CA 93710