Michael J. Czeshinski, #138063
Quentin Cedar, #251153
WILKINS, DROLSHAGEN & CZESHINSKI LLP
6785 N. Willow Ave.
Fresno, CA 93710
Telephone: (559) 438-2390
Facsimile: (559) 438-2393

Attorneys for Defendants, Superway Logistics, Inc.
and Sandeep Singh

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA-FRESNO**

| | |
|---|---|
| BILLY MOORE and DON LUCAS, <br><br> Plaintiff, <br><br> v. <br><br> SUPERWAY LOGISTICS, INC. and SANDEEP SINGH, <br><br> Defendants. | Case Number 1:17-CV-01480 DAD-BAM <br><br> **JOINT STIPULATION TO CONDUCT INDEPENDENT MEDICAL EXAMINATION OF PLAINTIFF, BILLY MOORE; ORDER** |

WHEREAS, Plaintiff, BILLY MOORE ("Plaintiff"), and Defendants, SUPERWAY LOGISTICS, INC. and SANDEEP SINGH ("Defendants"), are presently engaged in discovery;

WHEREAS, the parties agree that Plaintiff, BILLY MOORE, has put his physical condition directly at issue;

WHEREAS, the parties agree that good cause exists for, and thus Defendants are therefore entitled to, a physical examination of Plaintiff, as permitted under Rule 35 of the Federal Rules of Civil Procedure;

NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED THAT THE COURT
MAY ENTER AN ORDER as follows:

1. Plaintiff agrees to submit to the below described physical examination at the office of Kurt V. Miller, M.D., Fresno NeuroBehavioral Associates, 1660 East Herndon, Suite 150, Fresno, CA 93720.

2. The examination will be conducted by Kurt V. Miller, M.D., a licensed physician in the State of California and a Board Certified Neurologist. A copy of Kurt V. Miller, M.D.'s CV is attached hereto as "Exhibit A".

3. The examination will be a standard physical examination and will inquire into Plaintiff's health complaints arising from the certain incident, occurrence or transaction at issue, as well as medical history which is relevant or which may lead to the discovery of admissible evidence concerning Plaintiff's complaints. No invasive procedures, such as blood or urine samples will be required. The examination also may require radiographic studies, if necessary.

4. The examination will be conducted on July 24, 2019, from 2:45 p.m. to 5:00 p.m.

IT IS SO STIPULATED:

WILKINS, DROLSHAGEN & CZESHINSKI LLP

Dated: May 21, 2019        By  */s/ Quentin Cedar*
                                 Michael J. Czeshinski
                                 Quentin Cedar
                                 Attorneys for Defendants,
                                 Superway Logistics, Inc. and Sandeep Singh

ZINDA LAW GROUP, PLLC

Dated: May 21, 2019        By  */s/ Joseph Caputo*
                                 Joseph Caputo
                                 Alaina Zermeno
                                 Attorneys for Plaintiffs,
                                 Billy Moore and Don Lucas

WILKINS, DROLSHAGEN & CZESHINSKI LLP
6785 N. Willow Ave.
Fresno, CA 93710

**ORDER**

Pursuant to the stipulation of the parties and good cause appearing therefor, IT IS HEREBY ORDERED:

1. Plaintiff BILLY MOORE shall submit to a physical examination at the office of Kurt V. Miller, M.D., Fresno NeuroBehavioral Associates, 1660 East Herndon, Suite 150, Fresno, CA 93720;

2. The examination of Plaintiff BILLY MOORE shall be conducted by Kurt V. Miller, M.D., a licensed physician in the State of California and a Board Certified Neurologist;

3. The examination of Plaintiff BILLY MOORE shall be a standard physical examination and will inquire into Plaintiff's health complaints arising from the certain incident, occurrence or transaction at issue in this case, as well as relevant medical history. No invasive procedures such as blood or urine samples will be required. The examination also may require radiographic studies, if necessary; and

4. The examination of Plaintiff BILLY MOORE shall be conducted on July 24, 2019, from 2:45 p.m. to 5:00 p.m.

IT IS SO ORDERED.

Dated: **May 23, 2019**        /s/ *Barbara A. McAuliffe*
                               UNITED STATES MAGISTRATE JUDGE

WILKINS,
DROLSHAGEN &
CZESHINSKI LLP
6785 N. Willow Ave.
Fresno, CA 93710

Joint Stipulation to Conduct Independent
Medical Examination of Plaintiff, Billy Moore; Order

3